UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ALBERT MAYWOOD JONES IV          CASE NO. 20-10587
   MARTHA JEAN JONES                   JUDGE BENJAMIN A. KAHN
   P O BOX 491
   RAMSEUR, NC  27316-0491

      DEBTORS

SSN(1) XXX-XX-2065    SSN(2) XXX-XX-3501      DATE: 03/30/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| CREDIT ONE BANK<br>P O BOX 98872<br>LAS VEGAS, NV  89193-8872 | $0.00<br>INT: .00%<br>NAME ID: 62568<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0146<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $6,886.42<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7237<br>COMMENT: |
| EDMONDS AUTO SALES<br>P O BOX 185<br>RAMSEUR, NC  27316 | $0.00<br>INT: .00%<br>NAME ID: 159349<br>CLAIM #: 0003 | (S) SECURED<br>NOT FILED<br>ACCT: 1324<br>COMMENT: OC |
| I C SYSTEM INC<br>444 HWY 96 EAST<br>P O BOX 64378<br>SAINT PAUL, MN  55127-2557 | $0.00<br>INT: .00%<br>NAME ID: 43258<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9169<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2065<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $7,902.05<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 2065<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $841.77<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 9625<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,120.60<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 5869<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,338.80<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 1825<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 1269<br>GREENVILLE, SC  29603 | $0.00<br>INT: .00%<br>NAME ID: 168593<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 2387<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $247.18<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 6816<br>COMMENT: |
| MIDLAND FUNDING<br>320 E BIG BEAVER<br>TROY, MI  48083 | $0.00<br>INT: .00%<br>NAME ID: 177858<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8117<br>COMMENT: |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $1,674.69<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 5061<br>COMMENT: |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $2,600.03<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 9149<br>COMMENT: |
| MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI  48090 | $2,016.91<br>INT: .00%<br>NAME ID: 154854<br>CLAIM #: 0024 | | (U) UNSECURED<br><br>ACCT: 6600<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $13.85<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0032 | | (U) UNSECURED<br><br>ACCT: 2065<br>COMMENT: |
| PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK, VA  23502 | $0.00<br>INT: .00%<br>NAME ID: 66768<br>CLAIM #: 0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8890<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,292.01<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0007 | | (U) UNSECURED<br><br>ACCT: 3260<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,499.74<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 7884<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $751.60<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 8591<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PROFESSIONAL CREDIT SERVICE<br>P O BOX 7548<br>EUGENE, OR  97401-0039 | $0.00<br>INT: .00%<br>NAME ID: 133971<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0550<br>COMMENT: |
| QUICKEN LOANS LLC<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226-4822 | MONTHLY PMT $661.31<br>INT: .00%<br>NAME ID: 182772<br>CLAIM #: 0002 | (H) ONGOING-SECURED<br><br>ACCT: 3408<br>COMMENT: DT RERP,CTD EFF OCT20 |
| QUICKEN LOANS LLC<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226-4822 | $1,989.93<br>INT: .00%<br>NAME ID: 182772<br>CLAIM #: 0033 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 3408<br>COMMENT: ARR JUL THRU SEPT20 |
| QUICKEN LOANS LLC<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226-4822 | $786.95<br>INT: .00%<br>NAME ID: 182772<br>CLAIM #: 0034 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 3408<br>COMMENT: ARR THRU JUN20 |
| QUICKEN LOANS LLC<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226-4822 | $450.00<br>INT: .00%<br>NAME ID: 182772<br>CLAIM #: 0035 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 3408<br>COMMENT: POST PET FEES |
| RAINBOW FINANCE<br>P O BOX 25503<br>SARASOTA, FL  34277 | $0.00<br>INT: .00%<br>NAME ID: 182678<br>CLAIM #: 0005 | (S) SECURED<br>NOT FILED<br>ACCT: 1276<br>COMMENT: OC |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0036 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH HEALTH<br>P O BOX 1048<br>ASHEBORO, NC  27204 | $0.00<br>INT: .00%<br>NAME ID: 174650<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0090<br>COMMENT: |
| SKOPOS FINANCIAL<br>P O BOX 1640<br>COPPELL, TX  75019-8938 | $10,768.80<br>INT: .00%<br>NAME ID: 145614<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 5491<br>COMMENT: |
| TERMINIX TRIAD<br>GREENSBORO NC CORPORATE OFFICE<br>1703 WENDOVER AVE<br>GREENSBORO, NC  27405 | $0.00<br>INT: .00%<br>NAME ID: 182685<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $2,923.48<br>INT: 5.25%<br>NAME ID: 66723<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 3876<br>COMMENT: 07FORD |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $3,547.21<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0027 | (U) UNSECURED<br><br>ACCT: 5791<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $455.88<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0028 | (U) UNSECURED<br><br>ACCT: 5044<br>COMMENT: |
| US DEPT OF EDUCATION<br>ATTN OFFICER/MANAGING AGENT<br>P O BOX 7859<br>MADISON, WI  53704 | $0.00<br>INT: .00%<br>NAME ID: 173537<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8479<br>COMMENT: |
| VA CLAIM PROS<br>P O BOX 505<br>ISABELA, PR  00662 | $0.00<br>INT: .00%<br>NAME ID: 182687<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $758.34<br>INT: .00%<br>NAME ID: 152268<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: 3501<br>COMMENT: |
| **TOTAL:** | **$58,579.55** | |
| WILLIAM E MATHERS ESQ<br>135 WORTH ST<br>ASHEBORO, NC  27203 | $3,900.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/30/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice